■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD JONES, Appellant. (Appeal No. 2.) [601 NYS2d 893] —Judgment unanimously affirmed. Same Memorandum as in *People v Jones* (195 AD2d 1072 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Grand Larceny, 4th Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS PIERSON, Appellant. (Appeal No. 1.) [601 NYS2d 898] —Judgment unanimously affirmed. Memorandum: The record shows that, as part of his plea bargain, defendant made a voluntary, knowing and intelligent waiver of his right to appeal *(see, People v Moissett,* 76 NY2d 909; *People v Derby,* 168 AD2d 969, *lv denied* 77 NY2d 905). Defendant has raised no "categories of * * * claims" that survive his waiver *(People v Callahan,* 80 NY2d 273, 280; *see, People v Saunders,* 190 AD2d 1093). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Robbery, 2nd Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS PIERSON, Appellant. (Appeal No. 2.) [601 NYS2d 898] —Judgment unanimously affirmed. Same Memorandum as in *People v Pierson* (195 AD2d 1073 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Unauthorized Use Motor Vehicle, 2nd Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ In the Matter of LESLIE BRIDGEWATER, Petitioner, v LEE CLARY, as Jefferson County Court Judge, et al., Respondents. [602 NYS2d 579] —Petition unanimously granted without costs and judgment granted in accordance with the following Memorandum: Petitioner is granted judgment prohibiting respondents from prosecuting him under Jefferson County indictment No. 665-91 *(see, Matter of Booth v Clary,* 193 AD2d 1128). (Original Proceeding Pursuant to Article 78.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.